# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 6, 2020

160496 & (11)(15)

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

CHESTER LARVELL STARNES, JR.,
      Defendant-Appellant.

SC: 160496
COA: 349096
Ingham CC: 14-000164-FH

_____/

On order of the Court, the motion to supplement authority is GRANTED. The application for leave to appeal the October 1, 2019 order of the Court of Appeals is considered and, pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we VACATE the March 29, 2019 order of the Ingham Circuit Court, and we REMAND this case to the circuit court for further proceedings. The defendant's 2017 motion was improperly recharacterized as a motion for relief from judgment. The motion for relief from judgment in this case is the defendant's first such motion, so he is not subject to the successive-motion bar of MCR 6.502(G). On remand, pursuant to MCR 6.502(D), the circuit court shall either return the motion to the defendant or adjudicate it as his first motion for relief from judgment. The motion to appoint counsel is DENIED.

We do not retain jurisdiction.



a0429

I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 6, 2020



Clerk